[No. 10402.   Department One.   August 19, 1912.]

William G. Pratt *et al.*, *Appellants*, v. The City of Spokane,
*Respondent.*[1]

Appeal from a judgment of the superior court for Spokane
county, Webster, J., entered January 30, 1911, dismissing an action
to cancel an assessment, upon sustaining a demurrer to the com-
plaint.   Reversed.

*John Salisbury*, for appellants.
*A. M. Craven* and *Wm. E. Richardson*, for respondent.

Per Curiam.—The judgment in this case is reversed on the au-
thority of *Cook v. Spokane*, *ante* p. 526, 125 Pac. 776, and the cause
is remanded for further proceedings.